1  Charles M. Louderback (SBN 88788)
   *clouderback@louderbackgroup.com*
2  Stacey L. Pratt (SBN 124892)
   *spratt@louderbackgroup.com*
3  LOUDERBACK LAW GROUP
   44 Montgomery Street, Suite 2970
4  San Francisco, California  94104
   Telephone:  (415) 615-0200
5  Facsimile:   (415) 233-4775

6  Attorneys for Plaintiff
   SUSAN HUNT
7
   SEYFARTH SHAW LLP
8  Camille A. Olson (SBN 111919)
   *colson@seyfarth.com*
9  Richard B. Lapp (SBN 271052)
   *rlapp@seyfarth.com*
10 2029 Century Park East, Suite 3500
   Los Angeles, California 90067
11 Telephone:     (310) 277-7200
   Facsimile:      (310) 201-5219
12
   131 South Dearborn Street, Suite 2400
13 Chicago, Illinois 60603
   Telephone:     (312) 460-5000
14 Facsimile:      (312) 460-7914

15 SEYFARTH SHAW LLP
   Cassandra H. Carroll (SBN 209123)
16 *ccarroll@seyfarth.com*
   560 Mission Street, 31st Floor
17 San Francisco, California 94105
   Telephone:     (415) 397-2823
18 Facsimile:      (415) 397-8549

19 Attorneys for Defendant
   CONTINENTAL CASUALTY COMPANY
20
                    UNITED STATES DISTRICT COURT
21
                    NORTHERN DISTRICT OF CALIFORNIA
22

| | | |
|---|---|---|
| 23 | SUSAN HUNT, | ) Case No. 3:13-CV-05966-WHO |
| | ) | |
| 24 | Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) | **EXTEND DATE FOR COMPLETION** |
| 25 | v. | ) **OF EARLY SETTLEMENT** |
| | ) | **CONFERENCE** |
| 26 | CONTINENTAL CASUALTY COMPANY, an ) | |
| | Illinois Corporation, and DOES 1 through 30, ) | |
| 27 | inclusive, ) | |
| | ) | |
| 28 | Defendants. ) | |

1
STIPULATION AND ORDER TO EXTEND DATE FOR COMPLETION OF EARLY SETTLEMENT CONFERENCE
CASE NO. 3:13-cv-05966-WHO

Pursuant to Civil L.R. 7-12, Plaintiff Susan Hunt ("Plaintiff") and Defendant Continental Casualty Company ("CNA") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS,** the Court issued its order on March 25, 2014 for an early settlement conference with the provision that the conference take place within 90-days of referral;

**WHEREAS,** the case was referred to Judge Magistrate Kandis Westmore on May 13, 2014 for an early settlement conference;

**WHEREAS,** an early settlement conference is currently scheduled in this matter for June 23, 2014, at 11:00 am before Judge Magistrate Kandis A. Westmore;

**WHEREAS,** the Parties have agreed to conduct limited depositions before the early settlement conference in this case, which they believe are necessary to evaluate the case for purposes of settlement, and due to scheduling conflicts, will not complete those depositions before the scheduled early settlement conference;

**WHEREAS,** the Parties agree that the interests of justice would be promoted by continuing the early settlement conference until August 4, 2014 or August 5, 2014, or a date thereafter that is convenient for the Court;

**WHEREAS,** the Parties agree that the Court's Order should be amended to extend the date for completion of the early settlement conference an additional 90 days, or a date to be determined by the Court;

**WHEREAS,** leave of Court is needed to extend the date for completion of the early settlement conference in this action;

**THEREFORE, THE PARTIES HERETO STIPULATE AND RESPECTFULLY REQUEST THAT THE COURT ORDER** that the date for completion of the early settlement

///
///
///
///

conference in this matter be extended an additional 90 days, or to a date thereafter as determined by the Court.

DATED:                              LOUDERBACK LAW GROUP

By:   /s/ *Charles M. Louderback*
      Charles M. Louderback
      Stacey L. Pratt
      Attorneys for Plaintiff
      SUSAN HUNT

DATED:                              SEYFARTH SHAW LLP

By:   /s/ *Cassandra H. Carroll*
      Camille A. Olson
      Richard B. Lapp
      Cassandra H. Carroll
      Attorneys for Defendant
      CONTINENTAL CASUALTY COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the date for completion of the early settlement conference in this matter may be extended to August 8, 2014, at a date and time as directed by Judge Westmore.

DATED: June 16, 2014

**HONORABLE WILLIAM H. ORRICK**