1  Charles M. Louderback (SBN 88788)
   *clouderback@louderbackgroup.com*
2  Stacey L. Pratt (SBN 124892)
   *spratt@louderbackgroup.com*
3  LOUDERBACK LAW GROUP
   44 Montgomery Street, Suite 2970
4  San Francisco, California  94104
   Telephone:  (415) 615-0200
5  Facsimile:   (415) 233-4775

6  Attorneys for Plaintiff
   SUSAN HUNT
7
   SEYFARTH SHAW LLP
8  Camille A. Olson (SBN 111919)
   *colson@seyfarth.com*
9  Richard B. Lapp (SBN 271052)
   *rlapp@seyfarth.com*
10 2029 Century Park East, Suite 3500
   Los Angeles, California 90067
11 Telephone:    (310) 277-7200
   Facsimile:    (310) 201-5219
12
   131 South Dearborn Street, Suite 2400
13 Chicago, Illinois 60603
   Telephone:    (312) 460-5000
14 Facsimile:    (312) 460-7914

15 SEYFARTH SHAW LLP
   Cassandra H. Carroll (SBN 209123)
16 *ccarroll@seyfarth.com*
   560 Mission Street, 31st Floor
17 San Francisco, California 94105
   Telephone:    (415) 397-2823
18 Facsimile:    (415) 397-8549

19 Attorneys for Defendant
   CONTINENTAL CASUALTY COMPANY

20
UNITED STATES DISTRICT COURT

21
NORTHERN DISTRICT OF CALIFORNIA

22

| 23 | SUSAN HUNT, | ) | Case No. 3:13-CV-05966-WHO |
|---|---|---|---|
| | | ) | |
| | Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| 24 | | ) | **ORDER TO CONTINUE EARLY** |
| | v. | ) | **SETTLEMENT CONFERENCE** |
| 25 | | ) | |
| | CONTINENTAL CASUALTY COMPANY, an | ) | Date:  June 23, 2014 |
| 26 | Illinois Corporation, and DOES 1 through 30, | ) | Time:  11:00 a.m. |
| | inclusive, | ) | Courtroom: _4_____ |
| 27 | | ) | Judge:  Magistrate Kandis A. Westmore |
| | Defendants. | ) | |
| 28 | _____ | ) | |

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY SETTLEMENT CONFERENCE
CASE NO. 3:13-cv-05966-WHO

1  Pursuant to Civil L.R. 7-12, Plaintiff Susan Hunt ("Plaintiff") and Defendant Continental Casualty Company ("CNA") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS,** an early settlement conference is currently scheduled in this matter for June 23, 2014, at 11:00 am;

**WHEREAS,** the Parties have agreed to conduct limited depositions prior to the early settlement conference in this case, which they believe are necessary to evaluate the case for purposes of settlement, and due to scheduling conflicts, will not complete those depositions before the scheduled early settlement conference, and anticipate completing these depositions during the month of July, 2014;

**WHEREAS,** the Parties agree that the interests of justice would be promoted by continuing the early settlement conference until the week of August 4, 2014, or a date thereafter that is convenient for the Court.  The Parties are available on either August 4, 2014 or August 5, 2014.

**THEREFORE, THE PARTIES HERETO STIPULATE AND RESPECTFULLY REQUEST THAT THE COURT ORDER** that the early settlement conference scheduled for June 23, 2014 be continued to August 4, 2014, or August 5, 2014.

DATED:  June 12, 2014

LOUDERBACK LAW GROUP

By: /s/ *Charles M. Louderback*
Charles M. Louderback
Stacey L. Pratt
Attorneys for Plaintiff
SUSAN HUNT

DATED:  June 12, 2014                         SEYFARTH SHAW LLP

By: /s/ *Cassandra H. Carroll*
Camille A. Olson
Richard B. Lapp
Cassandra H. Carroll
Attorneys for Defendant
CONTINENTAL CASUALTY
COMPANY

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the early settlement conference currently set for June, 2014 shall be rescheduled for August __18__, 2014 at 11:00 a.m.

DATED:  June __16__, 2014

*Kandis Westmore*
H̶O̶N̶.̶ ̶M̶A̶G̶I̶S̶T̶R̶A̶T̶E̶ ̶J̶U̶D̶G̶E̶ ̶K̶A̶N̶D̶I̶S̶ ̶A̶.̶ ̶W̶E̶S̶T̶M̶O̶R̶E̶