UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN HUNT,

    Plaintiff,

    v.

CONTINENTAL CASUALTY COMPANY,

    Defendant.

Case No. 13-cv-05966-WHO

**ORDER REGARDING PLAINTIFF'S DEPOSITION**

Re: Dkt. No. 35

The parties have submitted a joint letter regarding whether a second day of plaintiff Susan Hunt's deposition should be allowed. It should. Wide-ranging employment disputes, such as the one alleged by Hunt, often require longer depositions of the plaintiff, the principal witness, than the seven hour limit in Federal Rule of Civil Procedure 30(d)(1).

Defendants may depose Hunt for an additional four hours. They should not repeat any topics on which she has already been deposed unless they have received discovery that was not produced at the time of the first day of her deposition that is relevant to an issue about which she has already been questioned.

**IT IS SO ORDERED**.

Dated: September 25, 2014

WILLIAM H. ORRICK
United States District Judge