1  Charles M. Louderback, SBN 88788
Stacey L. Pratt, SBN 124892
2  LOUDERBACK LAW GROUP
44 Montgomery Street, Suite 2970
3  San Francisco, California 94104
Telephone      (415) 615-0200
4  Facsimile:      (415) 233-4775
Email:      clouderback@louderbackgroup.com
5              spratt@louderbackgroup.com

6

7  Attorney for Plaintiff
SUSAN HUNT

8

9                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
10

11

12  SUSAN HUNT, an individual,
                                          Case No.:  3:13-cv-05966-HSG
13
                  Plaintiff,
14                                        ~~[PROPOSED]~~ **ORDER GRANTING**
        v.                                **STIPULATION REQUESTING FURTHER**
15                                        **CASE MANAGEMENT CONFERENCE**

16  CONTINENTAL CASUALTY
COMPANY, an Illinois corporation,
17                                        **Notice of Removal Filed:  December 27, 2013**

18                Defendant.

19

20

21

22

23

24

25

26      Plaintiff SUSAN HUNT ("Hunt") and Defendant CONTINENTAL CASUALTY

27  COMPANY ("CNA") having on March 5, 2015 filed their Stipulation requesting a Case

28  Management Conference as soon as possible pursuant to the Court's March 5, 2015 Order (Dkt.

1   45), the Court hereby GRANTS this stipulation and sets a further Case Management Conference

2   as follows:

3       March __10_, 2015, at 2 p.m.

4       **IT IS SO ORDERED.**

5

6   DATED: ___3/6/2015___

              Honorable Haywood S. Gilliam, Jr.

7               UNITED STATES DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

                            - 2 -

28   [PROPOSED] ORDER GRANTING STIPULATION REQUESTING FURTHER CASE MANAGEMENT
CONFERENCE; CASE NO. 13-CV-05966-HSG