UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HUNT,<br><br>          Plaintiff,<br><br>     v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>          Defendant. | Case No. 13-cv-05966-HSG<br><br>**CASE MANAGEMENT AND PRETRIAL SCHEDULING ORDER** |

In accordance with the Case Management Conference held in the above captioned matter on March 10, 2015, and pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, THE FOLLOWING DEADLINES ARE HEREBY ORDERED:

| | | |
|---|---|---|
| 1. | TRIAL DATE: | September 21, 2015<br>( x ) Jury or ( ) Court |
| 2. | TRIAL LENGTH: | Estimated 5 -7 court days<br>(typical court day for trial is 8:30 a.m. to 1:30 p.m.) |
| 3. | FINAL PRETRIAL CONFERENCE: | September 8, 2015 |
| 4. | DISPOSITIVE MOTIONS: | Last day to **FILE**: May 21, 2015<br>See Civil Local Rules for notice and filing requirements. |
| 5. | NON-EXPERT DISCOVERY CUT-OFF: | April 19, 2015 |
| 6. | EXPERT DISCOVERY CUT-OFF: | May 14, 2015 |

The parties are directed to refer to this Court's Civil Pretrial and Trial Order and to comply with the instructions therein.

**IT IS SO ORDERED.**

Dated: March 12, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Court Judge