Charles M. Louderback, SBN 88788
Stacey L. Pratt, SBN 124892
LOUDERBACK LAW GROUP
44 Montgomery Street, Suite 2970
San Francisco, CA  94104
Telephone: (415) 615-0200
Facsimile:   (415) 233-4775
E-Mail:        clouderback@louderbackgroup.com
                    spratt@louderbackgroup.com

Attorneys for Plaintiff
SUSAN HUNT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HUNT,<br><br>            Plaintiff,<br><br>      v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois Corporation, and DOES 1 through 30 inclusive.<br><br>            Defendants. | **Case No.        3:13-cv-05966-HSG**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF TOM MOTAMED**<br><br>Case Removed:    12/27/2013<br>Trial Date:           09/21/2015<br><br>Hearing Date:     April 2, 2015<br>Hearing Time:    2:00 pm<br>Courtroom:         15<br>Judge:                Hon. Haywood S. Gilliam |

Having reviewed the briefs and supporting declarations thereto submitted by all the Parties, and finding that good cause does appear, IT IS HEREBY ORDERED that:

1. Plaintiff's Administrative Motion for Order Shortening Time to Hear Plaintiff's Motion to Compel the Deposition of Tom Motamed is GRANTED.

2. Plaintiff's Motion to Compel the Deposition of Tom Motamed is set for hearing on

---

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF TOM MOTAMED;
CASE NO. 3:13-cv-05966-HSG

1  April 2, 2015, at 2:00 pm in Courtroom 15, 18th floor, of the San Francisco Courthouse, 450
2  Golden Gate Avenue, San Francisco, CA 94102, before the Honorable Haywood S. Gilliam, Jr.
3      3.  Defendant's opposition to this Motion to Compel shall be due for filing on or before
4  March 31, 2015.

DATED: 3/25/2015

*Haywood S. Gilliam, Jr.*
District Judge Haywood S. Gilliam, Jr.

- 2 -
[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF TOM MOTAMED;
CASE NO. 3:13-cv-05966-HSG