| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Camille A. Olson (SBN 111919) |
| 2 | *colson@seyfarth.com* |
| | Richard B. Lapp (SBN 271052) |
| 3 | *rlapp@seyfarth.com* |
| | 2029 Century Park East, Suite 3500 |
| 4 | Los Angeles, California  90067-3021 |
| | Telephone:     (310) 277-7200 |
| 5 | Facsimile:      (310) 201-5219 |
| 6 | SEYFARTH SHAW LLP |
| | Cassandra H. Carroll (SBN 209123) |
| 7 | *ccarroll@seyfarth.com* |
| | 560 Mission Street, Suite 3100 |
| 8 | San Francisco, California  94105-2930 |
| | Telephone:     (415) 397-2823 |
| 9 | Facsimile:      (415) 397-8549 |
| 10 | Attorneys for Defendant |
| | CONTINENTAL CASUALTY COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HUNT,<br><br>           Plaintiff,<br><br>     v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois Corporation, and DOES 1 through 30 inclusive.<br><br>           Defendants. | Case No.  3:13-cv-05966-HSG<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR AN ORDER SHORTENING TIME FOR HEARING ON DEFENDANT'S MOTION FOR A PROTECTIVE ORDER RE. THOMAS F. MOTAMED<br><br>Courtroom:     15<br>Judge:           Hon. Haywood S. Gilliam, Jr.<br><br>Case Removed: December 27, 2013<br>Trial Date:       September 21, 2015 |

Having reviewed the briefs and supporting declarations thereto submitted by the Parties, and finding that good cause does appear, IT IS HEREBY ORDERED that:

1. Defendant's Administrative Motion for Order Shortening Time for Hearing on Defendant's Motion for a Protective Order Re. Thomas F. Motamed is GRANTED.

2. Defendant's Motion for a Protective Order Re Thomas F. Motamed is set for hearing on April 2, 2015, at 2:00 pm in Courtroom 15, 18th Floor, of the San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, before the Honorable Haywood S. Gilliam, Jr.

3. Plaintiff's opposition to Defendant's Motion for a Protective Order shall be due for filing on or before March 31, 2015.

**DATED**:   3/26/2015

_____
Hon. Haywood S. Gilliam, Jr
United States District Judge