UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN HUNT,

    Plaintiff,

  v.

CONTINENTAL CASUALTY COMPANY,

    Defendant.

Case No. 13-cv-05966-HSG

**SCHEDULING ORDER**

The pretrial and trial dates currently scheduled in this case are continued to October 20, 2015 at 3:00 p.m. and November 2, 2015 at 8:30 a.m. respectively. If the parties do not object to this continuance, they must file a confirming joint statement by August 21, 2015, and no court appearance will be necessary. If the continuance creates substantial and specific hardship for one or both of the parties, the parties must explain why in a joint statement filed by August 21, 2015, and the parties must appear for a case management conference on August 25, 2015 at 2:00 p.m. to discuss the schedule. If a case management conference is necessary, the parties must meet and confer in advance to discuss their availability for a rescheduled trial.

**IT IS SO ORDERED.**

Dated: 8/18/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge