UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HUNT, | Case No.  13-cv-05966-HSG |
|         Plaintiff, | **ORDER RE JOINT PRETRIAL** |
|    v. | **FILINGS** |
| CONTINENTAL CASUALTY COMPANY, | |
|         Defendant. | |

This Court's Civil Pretrial and Trial Standing Order requires that the pretrial statement, proposed jury instructions, proposed voir dire questions, proposed verdict forms, and proposed statement of the case be filed jointly.  On October 8, 9, and 13, 2015, the parties filed a flurry of pretrial documents, the vast majority of which were filed separately in violation of the Court's Standing Order.  *See* Dkt. Nos. 185-202.

The parties are directed to meet and confer again and ***jointly*** file those pretrial documents required by the Standing Order.  In particular, the parties are directed to make a good faith attempt to resolve their outstanding disputes related to the proposed jury instructions.  The parties are encouraged to use model instructions wherever possible.  If agreement cannot be reached, each party must explain in no more than one page why the Court should give that party's proposed instruction and cite to relevant authority supporting its position.  Any party proposing a deviation from a model instruction must fully explain why such a deviation is necessary.  Additionally, the parties did not categorize the instructions as preliminary, general, or concluding.  The parties are directed to meet and confer to divide the instructions into such categories.

The revised joint pretrial filings are due on October 16, 2015.  By noon on October 19, 2015, the parties shall submit two courtesy copies of all of the pretrial filings, with each set of

1  copies neatly organized into a single side-tabbed binder.  The parties need not submit additional

2  copies of their motions in limine or oppositions to motions in limine.

3       **IT IS SO ORDERED.**

4  Dated: October 14, 2015

5

6       HAYWOOD S. GILLIAM, JR.
        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California