SEYFARTH SHAW LLP
Camille A. Olson (SBN 111919)
*colson@seyfarth.com*
Richard B. Lapp (SBN 271052)
*rlapp@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:     (310) 277-7200
Facsimile:      (310) 201-5219

SEYFARTH SHAW LLP
Cassandra H. Carroll (SBN 209123)
*ccarroll@seyfarth.com*
Andrew R. Verriere (SBN 264674)
*averriere@seyfarth.com*
560 Mission Street, Suite 3100
San Francisco, California  94105-2930
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HUNT,<br><br>                Plaintiff,<br><br>        v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois Corporation, and DOES 1 through 30, inclusive,<br><br>                Defendants. | Case No. 3:13-cv-05966 HSG<br><br>**ORDER GRANTING USE OF TRIAL EQUIPMENT**<br><br>Trial Date:  November 2, 2015<br>Time:           8:30 a.m.<br>Courtroom:  15<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed:  November 26, 2013<br>Case Removed:  December 27, 2013 |

**ORDER**

Good cause appearing, it is ordered that Continental Casualty Company and its counsel may bring to the courthouse on November 2, 2015 through and including November 21, 2015, the following equipment and upon any further date of the trial in the matter of *Hunt v. Continental Casualty Company*, Case Number 3:13-cv-05966 HSG:

- A. 8 laptops;
- B. Any cords or cables necessary to run video/audio/computer equipment;
- C. 1 easel;
- D. 10 poster boards;
- E. 1 flip board;
- F. Markers for flip board.

IT IS SO ORDERED.

DATED: October 26, 2015

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge