UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HUNT,<br><br>        Plaintiff,<br><br>    v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>        Defendant. | Case No. 13-cv-05966-HSG<br><br>**ORDER REGARDING PROPOSED JURY INSTRUCTIONS** |

On October 29, 2015, the parties separately filed what appears to be an unfinalized set of revised proposed jury instructions. *See* Dkt. Nos. 233, 234. Defendant states that it "has not had sufficient opportunity to review [the filed set of revised proposed jury instructions], and cannot confirm that it represents [Defendant's] positions." Dkt. No. 234. Once again, the parties have failed to *jointly* file a document, in violation of the Court's order. *See* Dkt. No. 214. When the Court orders a document to be filed jointly, the Court expects the parties to meet and confer, come to an agreement, and make a truly joint filing. Any unresolved disputes regarding particular proposed jury instructions should be fully framed in the filing itself. Separately filed statements attaching email exchanges detailing the parties' disputes *do not* meet this requirement, and the Court views such filings as entirely unhelpful. It is the parties' responsibility to reach agreement where possible and to clearly frame any remaining genuine disputes, not the Court's responsibility to sift through a hodgepodge of filings in which the parties disclaim any ability even to confirm what has or has not been agreed upon. The parties are directed, again, to meet and confer and file a jointly agreed upon set of revised proposed jury instructions by November 18, 2015.

//

//

1   Additionally, on October 29, 2015, Plaintiff filed "her understanding of what the parties
2   have agreed upon after further meeting and conferring regarding the joint proposed voir dire
3   questions." Dkt. No. 235.  If Defendant does not agree that Plaintiff's filing reflects the parties'
4   joint proposed voir dire questions (and objections), the parties shall meet and confer and jointly
5   file any revised proposed voir dire questions by November 18, 2015.

6   **IT IS SO ORDERED.**

7   Dated: November 13, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge

2