UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN HUNT,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,

    Defendant.

Case No. 13-cv-05966-HSG

**ORDER GRANTING DEFENDANT'S MOTION TO SEAL**

Re: Dkt. No. 243

On November 16, 2015, the Court denied Defendant's motion to seal the entirety of its offer of proof regarding the testimony and notes of Dr. Shirley McNeal. Dkt. No. 241.

On November 18, 2015, pursuant to the November 16 Order, Defendant filed the present motion to seal certain portions of its offer of proof. Dkt. No. 243. The Court finds that good cause exists to seal the redacted portions, which contain sensitive information regarding Plaintiff Susan Hunt's medical records, and that the motion is narrowly tailored to seal only sealable material. Accordingly, Defendant's motion to file under seal the redacted portions of its offer of proof is GRANTED. Within four days of the date of this Order, Defendant shall (1) publicly file a redacted version of its offer of proof; and (2) separately file under seal the unredacted version of the offer of proof.

**IT IS SO ORDERED.**

Dated: November 20, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge